UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT TEJEDA,

                        Plaintiff,

            -against-

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

25-CV-8326 (LTS)

SECOND ORDER DIRECTING PAYMENT
OF FEE OR AMENDED IFP
APPLICATION

LAURA TAYLOR SWAIN, United States District Judge:

By order dated October 9, 2025, the Court directed Plaintiff to either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* ("IFP") application. *See* 28 U.S.C. §§ 1914, 1915. On November 3, 2025, the Court received a an incomplete application seeking the appointment of counsel under the Criminal Justice Act, 18 U.S.C. § 3006A(g). Plaintiff also filed an amended complaint. He do not, however, pay the fees or submit an IFP application.

Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit the attached IFP application. If Plaintiff files an IFP application, and the Court grants it, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court directs the Clerk of Court to terminate Plaintiff's motion for the appointment of counsel. (ECF 6.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    November 5, 2025
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge