UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REBERTO TEJEDA,

                    Plaintiff,

          – against –

COMMISSION OF SOCIAL
SECURITY, et al.

                    Defendants.

**ORDER**

25-cv-8326 (ER)

RAMOS, D.J.:

    Reberto Tejeda, who is *pro se*, filed a complaint against the Commission of Social Security (the "Commission") on October 7, 2025.  Doc. 1.  Tejeda filed an amended complaint against the Commission on November 3, 2025.  Doc. 7.  He then filed a second amended complaint on November 17, 2025, which named the seventy first precinct of the New York City Police Department ("NYPD") as a defendant.  Doc. 12.

    Pursuant to Federal Rule of Civil Procedure 21, Tejeda's claims against the NYPD are hereby severed from this action.  The Clerk of the Court is directed to open a new civil action to allow the claims against the NYPD to proceed and to amend the caption of that action to replace the NYPD with the City of New York.  This amendment is without prejudice to any defenses the City of New York may wish to assert.  The claims against the Commission will continue to proceed in the instant action.

    It is SO ORDERED.

Dated:    December 2, 2025
          New York, New York

                                        EDGARDO RAMOS, U.S.D.J.